

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

Nos. 06-14-00196-CR,
06-14-00197-CR & 06-14-00198-CR

---

RANDY JAY HOFSTETTER, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court Nos. 0719507, 0719508 & 0719509

---

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Our review of the clerks' records and the court reporters' records in these cases indicates that such records contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). The court reporters' records and the clerks' records include the names of persons who were minors at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(f) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(f). Therefore, because the court reporters' records and clerks' records contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(f), to seal the electronically filed reporters' records and clerks' record in the following cases:

- No. 06-14-00196-CR, *Randy Jay Hofstetter v. The State of Texas*

- No. 06-14-00197-CR, *Randy Jay Hofstetter v. The State of Texas*

- No. 06-14-00198-CR, *Randy Jay Hofstetter v. The State of Texas*

IT IS SO ORDERED.

BY THE COURT

Date:   June 11, 2015